UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

RAYMOND MULRINE, JR.,
*et al*.,

      Plaintiffs,                           Case No. 3:22-cv-148

vs.

ACUITY, A MUTUAL INS. CO.,        District Judge Michael J. Newman
                                      Magistrate Judge Peter B. Silvain, Jr.

      Defendant.

---

## ORDER CONDITIONALLY DISMISSING THIS CASE

---

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that either party may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

July 25, 2024                           s/*Michael J. Newman*
                                     Hon. Michael J. Newman
                                     United States District Judge